# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**COREY DURAN STEWARD**  **PLAINTIFF**
**ADC #122825**
v.     No: 2:19-cv-00030 JM-PSH

**TIFFANY SIMS**, *et al.*   **DEFENDANTS**

## ORDER

The Court has reviewed the Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that the Defendants' motion for judgment on the pleadings (Doc. No. 17) is GRANTED. Steward's failure-to-train claims against Kelley, Andrews, and Knott are dismissed. Any due process claims raised by Steward are dismissed. Steward's failure-to-protect claim against Sims and Doe will proceed.

DATED this 17th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE