**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**COREY D. STEWARD**                                                       **PLAINTIFF**
**ADC #122825**
**v.**                            **No: 2:19-cv-00030 JM-PSH**

**TIFFANY SIMS,** *et al.*                                          **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris. Plaintiff, represented by appointed counsel R. Bryant Marshall, requested and was given additional time to file objections to the Proposed Findings and Partial Recommendation. On April 30, 2020, Plaintiff filed a second motion for enlargement of time to file objections; in the same motion, Plaintiff's counsel seeks leave to withdraw as Plaintiff's counsel. (Doc. No. 61)

While Plaintiff's counsel has made efforts to communicate with Plaintiff by phone regarding the Proposed Findings and Partial Recommendation, Plaintiff chose not to participate.[1] Plaintiff's motion for extension of time to respond is DENIED; Mr. Marshall's motion to withdraw as attorney of record is GRANTED, for good cause shown.

The Court has reviewed the record *de novo* and after careful consideration, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Defendant Erick Hinton's motion for summary

---

[1] According to Document No. 61-2, Mr. Marshall's office was notified by officers at the East Arkansas Regional Unit at Grady, where Plaintiff is detained, that Plaintiff refused the phone call appointment scheduled with Mr. Marshall for April 23rd.

judgment (Doc. No. 47) is granted and Steward's claims against him are dismissed without prejudice for failure to exhaust available administrative remedies.

Mr. Marshall's motion for order allowing withdrawal is GRANTED; Plaintiff's second motion for enlargement of time is DENIED. (Document No. 61).

The Clerk is directed to mail this order and all subsequent filings to Plaintiff at P.O. Box 400, Grady, Arkansas 71664.

Mr. Steward is reminded that he must comply with the Federal Rules of Civil Procedure as well as Local Rules for the Eastern District of Arkansas. Local Rule 5.5(c)(2) provides that: It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

This case will be scheduled for jury trial by separate order on the remaining claim against Defendant Sims.

DATED this 6th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE