IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**COREY D. STEWARD**  **PLAINTIFF**
**ADC #122825**

v.  No: 2:19-cv-00030 JM

**TIFFANY SIMS,** *et al.*  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

Officer Sims' motion for summary judgment is denied in part and granted in part. Steward's complaint is dismissed with prejudice, and any other pending motions are denied as moot.

DATED this 9th day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE