IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**COREY D. STEWARD**  **PLAINTIFF**
**ADC #122825**
v.                    No: 2:19-cv-00030 JM

**TIFFANY SIMS,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice.

DATED this 9th day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE